**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF THE ) | |
| SEARCH OF: ) | |
| ) | **ORDER** |
| Jesse Neil Marchus Residence ) | |
| 1804 80th Street NW ) | |
| Wilton, Burleigh County, North Dakota ) | Case No.  1:09-mj-032 |

_____

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Special Agent Lowell T. Erickson, Special Agent, Alcohol, Tobacco, Firearms and Explosives, Search Warrant Return, and the Government's Motion to Seal, are sealed until further order of the court.

Dated this 8th day of  May, 2009.

                                                                                    */s/  Charles S.  Miller, Jr.*
                                                                                    Charles S.  Miller, Jr.
                                                                                    United States Magistrate Judge